1012

No. 98–9351. OWENS v. MARYLAND. Ct. App. Md. Certiorari denied. 

No. 98–9356. MAXWELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 98–9359. TAYLOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9361. AUSTIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–9362. WITTGENSTEIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–9363. ROBINSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 98–9364. ROSARIO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 98–9365. WIGHTMAN v. TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 98–9367. WELLS v. CITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. 

No. 98–9368. SALAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9372. PORRAS-CANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–9373. O'NEAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 98–9374. ROSS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 98–9376. LAWRENCE v. MOATS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–9379. CAVAZOS-ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–9380. ARMSTRONG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.